IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02631-CMA-MJW

CITY OF DAYTONA BEACH POLICE OFFICERS' AND FIREFIGHTERS' RETIREMENT SYSTEM, derivatively on behalf of nominal defendant DISH NETWORK CORPORATION,

Plaintiff,

v.

CHARLES W. ERGEN,
JOSEPH P. CLAYTON,
JAMES DEFRANCO,
CANTEY M. ERGEN,
DAVID K. MOSKOWITZ,
TOM A. ORTOLF, and
CARL E. VOGEL,

Defendants,

and

DISH NETWORK CORPORATION,

Nominal Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion to Stay (Docket No. 9) is DENIED.  The Scheduling Conference remains set for January 13, 2014 at 1:30 p.m.  The court notes that the Scheduling Conference was set 110 days after the complaint in this matter was filed.  A further delay of 75 days will not serve the concerns as outlined in Fed. R. Civ. P. 1.  If plaintiff wishes, it may file a motion to dismiss without prejudice as was done in 13-cv-02628-WJM.

Date: November 19, 2013